## STATE *vs.* MICHAEL KUMPEL, JR.

New Castle County, September Term, 1889.

**License, Peddlers.**—A butcher who buys his cattle, kills and prepares them for market in his own premises, and sells the meat from his wagon to his customers is not required to take out a peddler's license.

Indictment for peddling without a license. The case was heard upon the following facts agreed upon by and between the Attorney General and *Lewis C. Vandegrift*, attorney for the defence.

" That the said Michael Kumpel, Jr., is a butcher doing business in Middletown, County and State aforesaid, that he buys his cattle as is customary with such butchers, that he kills and prepares them for market on his own premises and that after being so bought, killed and prepared he sells the meat from his wagon to his customers or to whoever he can. The question reserved for the decision of the Court was whether the said Michael Kumpel, Jr., should take out a peddler's license pursuant to Chap. 617, Vol. 18, Laws of Delaware."

After argument in behalf of the State and the said Defendant, the Court unanimously decided that he was not required to take out a peddler's license in accordance with the provisions of the said Act.

*John Biggs*, Attorney General, for the State.

*Lewis C. Vandegrift*, attorney for defendant.